IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUTHER E. JONES, JR.,                    No. C-12-3664 TEH (PR)

    Plaintiff,

    v.                                   ORDER OF TRANSFER

CALIFORNIA MEDICAL FACILITY --
CUSTODY STAFF; THIRD FLOOR
MEDICAL DEPARTMENT, PSYCH
DEPARTMENT, R & R STAFF,

    Defendants.
_____/

    Plaintiff Luther E. Jones, Jr., a state inmate who is presently housed at Corcoran State Prison in Corcoran, California or Solano State Prison in Vacaville, California,[1] has filed a pro se Complaint under 42 U.S.C. § 1983 alleging violations of his constitutional rights by the staff at California Medical Facility (CMF) in Vacaville, California, where he was formally housed. Specifically, Plaintiff alleges that he was adversely transferred from CMF to Solano State Prison where he does not receive the medical treatment that he was receiving at CMF. Doc. #1.

    A substantial part of the events or omissions giving rise

---

[1] The caption of Plaintiff's complaint indicates that he is in Corcoran State Prison; the last page of his complaint indicates that he is in Solano State Prison.

1 | to Plaintiff's claims occurred in Solano County, which lies within
2 | the venue of the Eastern District of California.  See 28 U.S.C.
3 | § 84(b).  Venue therefore properly lies in the Eastern District.
4 | See 28 U.S.C. § 1391(b).
5 |      Accordingly, in the interest of justice and pursuant to 28
6 | U.S.C. § 1406(a), this action is transferred to the United States
7 | District Court for the Eastern District of California.
8 |      The Clerk shall transfer this matter, terminate all
9 | pending motions as moot and close the file.  The Clerk shall mail
10 | this order to Plaintiff at the addresses he gives for Solano State
11 | Prison and Corcoran State Prison.

IT IS SO ORDERED.

DATED  *09/11/2012*

                                  THELTON E. HENDERSON
                                  United States District Judge

G:\PRO-SE\TEH\CR.12\Jones v CMF 12-3664-CRTRANS.wpd

2